**FILED**
4:05 pm, Jul 13, 2018
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

SCANNED at MCF and Emailed on 7-13-18 by JM — 1 pages

## Consent to Receipt of Documents Through Prisoner Electronic Filing Program

I am participating in the United States District Court for the Northern and Southern Districts of Indiana Prisoner Electronic Filing Program ("E-filing Program").

When the Court issues an Order, Entry, or other document, a Notice of Electronic Filing ("NEF") is automatically generated. In order to receive copies of the NEF and documents issued by the Court more quickly, I consent pursuant to Fed.R.Civ.P. 5(b)(2)(F) to be served with documents issued by the Court via the E-Filing Program. By consenting to participate I will receive via the institutional mail a printed copy of any ruling or notice issued by the Court in the case and a copy of the NEF.

This consent is valid as long as I reside at my current correctional facility. A new consent form will need to be signed if I am transferred and the new facility participates in the E-Filing Program. I acknowledge that it is my obligation to notify the Court of any change in my address.

Name (printed): Darren Armstead    Date: 7-9-2018

Signature: Darren E. Armstead

DOC Number: 863605
Facility Address: Miami Corr. Facility
3038 W. 850 South
Bunker Hill, IN 46914

Case filed in:

Northern District of Indiana: _____

Southern District of Indiana: ✓

Case Number (if pending at the time of consent): _____